**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KENESHA LATTIMORE,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1362** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **FRANKLIN COUNTY** | : | **Magistrate Elizabeth P. Deavers** |
| **CHILDREN'S SERVICES,** | : | |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

This matter is before the Court on the Magistrate Judge's **Report and Recommendation.** (ECF No. 10).  On February 10, 2026, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff's complaint (ECF No. 1-1) be dismissed in its entirety. (ECF No. 10 at 1). The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 7). The parties have failed to respond. The deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. This case is **DISMISSED**.

        **IT IS SO ORDERED.**

                                                                                    _____
                                                                                    **ALGENON L. MARBLEY**
**DATED:  March 5, 2026**                    **UNITED STATES DISTRICT JUDGE**